UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELLIOTT DICK and SARAH DICK, individually and as the parents and natural guardians of Maren Dick,

Plaintiffs,

v.

WALGREEN COMPANY and WALGREEN'S PHARMACY,

Defendants.

CIVIL NO. 01-28 (DSD/JMM)

ORDER/NOTICE OF HEARING

By Order dated December 21, 2001, District Judge David S. Doty referred Plaintiffs' Motion to Determine that Minn. Stat. 145.682 is Inapplicable and for Leave Granting Plaintiffs Leave to Comply With Any Deficiencies Found by the Court [Docket No. 17] and Defendants' Motion to Dismiss [Docket No. 24] to the undersigned. By agreement of all counsel, these motions will be heard before the undersigned on February 14, 2002 at 2:00 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: January 9, 2002

JOHN M. MASON
United States Magistrate Judge

FILED JAN 1 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK