UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELLIOTT AND SARAH DICK, INDIVIDUALLY AND AS THE PARENTS AND NATURAL GUADIANS OF MAREN DICK,

Plaintiffs,

v.

WALGREEN CO. AND WALGREEN'S PHARMACY,

Defendants.

**ORDER APPROVING PETITION FOR MINOR SETTLEMENT**

DSD/JMM
Court File No. 01-28

The above-entitled matter came before the Court on the 22nd day of February, 2002, upon Plaintiffs' Petition for Approval of Minor Settlement. Plaintiffs appeared personally and were represented by Tom Kuesel, Attorney at Law, 522 Beltrami Avenue, Suite 110, P.O. Box 543, Bemidji, Minnesota, 56601. Defendants were informed of the hearing but waived their appearance.

Upon the foregoing Petition and upon all the files, records and proceedings herein, the Court makes the following:

**ORDER**

1. That Elliott and Sarah Dick, as parents and natural guardians of Maren Elisabeth Dick, are hereby authorized to accept on behalf of said minor the sum of $80,000.00 in full settlement of all claims against Defendants for the injuries arising out of the incident described in the Petition, and to execute a full and complete release thereof, and to do all things necessary to



FILED 2-22-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

accomplish a full and final disposition and settlement of the claims of said minor including distribution of the settlement proceeds as set forth in the Petition.

2. Defendants' insurer, Kemper Insurance Companies, or its assignee, Allstate Assignment Company, is ordered to purchase an annuity for Maren Elisabeth Dick from Allstate Life Insurance Company in the amount of $51,400.00, resulting in the following payments:

| | |
|---|---|
| 6/14/2013 (age 18) | $23,641.82 |
| 6/14/2014 (age 19) | $23,641.82 |
| 6/14/2015 (age 20) | $23,641.82 |
| 6/14/2016 (age 21) | $23,641.82 |
| 6/14/2017 (age 22) | $23,641.82 |
| | $118,209.10 |

3. In lieu of the filing of a bond, the original annuity policy shall be deposited with the Clerk of Court until such time as the terms of the policy have been fully performed.

Dated this 22nd day of February, 2002.

HONORABLE DAVID S. DOTY
UNITED STATES DISTRICT COURT JUDGE