UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 01-28 (DSD\ ~~JMM~~ SRN)

Elliott Dick and Sarah Dick,
Individually and as the parents and
Natural guardians of Maren Dick,

Plaintiff,

v.

Walgreen Company and,
Walgreen's Pharmacy,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

The above-entitled action having been fully, finally, and completely compromised between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their respective counsel, that the same may be, and hereby is, dismissed with prejudice, in its entirety and on the merits and without costs and disbursements to any party, and that the parties to this stipulation may apply to the court pursuant to this stipulation for an order directing that a judgment of dismissal of all claims be entered accordingly.

Dated: 6/24/02, 2002.

Tom Kuesel
Tom Kuesel #280884
Attorneys for Plaintiff
522 Beltrami Avenue NW, #110
P.O. Box 543
Bemidji, MN 56619-0543
(612) 444-4567

FILED 7-3-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 7-3-2
DEPUTY CLERK

Dated: 6-27, 2002

LIND, JENSEN, SULLIVAN & PETERSON
A Professional Association

Brian A. Wood, I.D. No. 141690
Attorneys for Defendant
150 South Fifth Street, Suite 1700
Minneapolis, MN 55402
(612) 333-3637

## ORDER FOR JUDGMENT

Upon the foregoing Stipulation of Dismissal, it is hereby ordered as follows:

1. Any and all claims in this matter are hereby dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

2. There being no just reason for delay, let judgment be entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 5, 2002. BY THE COURT:

United States District Court